# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br>DANIEL FRANK ALAIMO and<br>KERRI KATHRYN ALAIMO<br><br>Debtors. | Case No. 19-04933<br>Chapter 13<br>Judge A. Benjamin Goldgar<br><br>Confirmation hearing:<br>5/03/2019 11:00 a.m. |

## LIBERTY LAKES EAST HOMEOWNERS ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED FEBRUARY 26, 2019

Now comes a certain Creditor, LIBERTY LAKES EAST HOMEOWNERS ASSOCIATION, by and through its attorney, Benjamin J. Rooney of Keay & Costello, P.C., and for its objection to Debtors' chapter 13 plan filed February 26, 2019 states as follows:

1. Liberty Lakes East Homeowners Association is a claimant-creditor of the Debtors and brings this motion pursuant to 11 U.S.C. 1324 and 1325.

2. On April 23, 2019, Liberty Lakes East Homeowners Association filed its proof of claim with respect to Debtors' obligation to pay association assessments for the property located at 2588 Heron Lane, Wauconda, Illinois 60084. (Exhibit "A").

3. That pursuant to Liberty Lakes East Homeowners Association's governing documents, which have been recorded with the Recorder of Deeds of Lake County, Illinois, a lien attaches to the property of the Debtors to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of Liberty Lakes East Homeowners Association.

4. At the time Debtors filed the chapter 13 petition on February 26, 2019, Debtors owed the amount of $986.85 for past due assessments, late fees and attorney fees to Liberty Lakes East Homeowners Association. (Exhibit "A").

5. Debtors' plan fails to fully and properly account for Liberty Lakes East Homeowners Association secured interest in the subject real estate and the pre-petition arrearage.

6. As a result of Liberty Lakes East Homeowners Association lien rights in Debtors' real estate and the proof of claim filed on April 23, 2019, Liberty Lakes East Homeowners Association, should be included in Debtors' chapter 13 plan as a secured creditor in the amount of $986.85.

7. As a result of Debtors' failure to fully account for the pre-petition secured debt owed to Liberty Lakes East Homeowners Association, confirmation of Debtors' February 26, 2019 plan should be denied.

WHEREFORE, Liberty Lakes East Homeowners Association prays this court for entry of the attached order denying confirmation of the Debtors' plan filed February 26, 2019, and for any such other and further relief as this court deems just and equitable within the premises.

LIBERTY LAKES EAST
HOMEOWNERS ASSOCIATION

By: _____
Benjamin J. Rooney

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446