## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br>DANIEL FRANK ALAIMO and<br>KERRI KATHRYN ALAIMO | Case No. 19-04933<br>Chapter 13<br>Judge A. Benjamin Goldgar |
| Debtors. | Confirmation hearing:<br>5/03/2019 11:00 a.m. |

### NOTICE OF FILING

To:    See attached Service List.

**PLEASE TAKE NOTICE** that on this 26th day of April 2019, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, LIBERTY LAKES EAST HOMEOWNERS ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED FEBRUARY 26, 2019, a copy of which is attached hereto and served upon you herewith.

Benjamin J. Rooney

### PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 26th day of April, 2019.

Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
this 26th day of April, 2019.

_____
Notary Public

OFFICIAL SEAL
LISA A CARBY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/19/22

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446

## Service List

Daniel Frank Alaimo
2588 Heron Lane
Wauconda, Illinois 60084

Kerri Kathryn Alaimo
2588 Heron Lane
Wauconda, Illinois 60084

Marc A. Affolter
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, Illinois 60603
(By electronic notice through ECF)

Glenn B. Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn Street, Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)